Michael McNEILL, Plaintiff—
Appellant,

v.

Officer JORDAN; Erica Dratwa; Ser-
geant Adams; Sergeant Spates; Cap-
tain Meeks; Lieutenant Gawoniaw-
itch, Defendants—Appellees.

No. 08–7080.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 11, 2008.

Decided: Sept. 17, 2008.

Michael McNeill, Appellant Pro Se.

Before WILKINSON and NIEMEYER,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Michael McNeill appeals the district
court's order dismissing his 42 U.S.C.
§ 1983 (2000) complaint as frivolous under
28 U.S.C. § 1915(e)(2)(B) (2000). We have
reviewed the record and find that this
appeal is frivolous. Accordingly, we dis-
miss the appeal for the reasons stated by
the district court. *McNeill v. Jordan*, No.
5:08–ct–03040–FL (E.D.N.C. June 17,
2008). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*